IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00148-KDB-SCR

| | | |
|---|---|---|
| **CHEREKA CHERRY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CAROLINA BEVERAGE GROUP, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Raina Borrelli]" (Doc. No. 10) filed August 27, 2024. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: August 27, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge